IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WARREN FINNEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 323-025 |
| | ) |
| KAREN THOMAS; MS. HARVEY; and ANNTOINETTE L. JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for a preliminary injunction. (Doc. no. 4.)

SO ORDERED this 22nd day of May, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE