IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WARREN FINNEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CV 323-025 |
| ) | |
| KAREN THOMAS; MS. HARVEY; and ) | |
| ANNTOINETTE L. JOHNSON, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Thomas and Johnson, as well as all official capacity claims for money damages against all Defendants, for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Harvey as described in the Magistrate Judge's April 24, 2023 Order. (Doc. no. 15.)

SO ORDERED this 22nd day of May, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE