IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WARREN FINNEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-025 |
| | ) | |
| MS. HARVEY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Court's September 11, 2023 Order, Attorney Daniel W. Hamilton has notified the Court he will accept service for Defendant Harvey upon receipt of the waiver of service of summons. (Doc. no. 36.) Due to the ongoing service issues in the instant case, the Court **DIRECTS** the United States Marshal to email Mr. Hamilton the waiver and complaint, (doc. no. 1).[1] Fed. R. Civ. P. 4(d). Mr. Hamilton shall return the waiver on or before October 17, 2023.

SO ORDERED this 3rd day of October, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court has already provided Defendant Harvey instructions regarding waiver and service of process in its April 24, 2023 Order. (Doc. no. 15.)