IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WARREN FINNEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-025 |
| | ) | |
| MS. HARVEY and SHARON LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 47.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendant Lewis as well as all official capacity claims for money damages against both Defendants for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Harvey as described in the Magistrate Judge's November 14, 2023 Order. (Doc. no. 44.)

SO ORDERED this _____ day of January, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE