FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 MAR -4 PM 3:06

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WARREN FINNEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-025 |
| | ) | |
| MS. HARVEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 45), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 4th day of March, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE